○ JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GEORGE THOMAS,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT W. FOX, WARDEN,<br><br>    Respondent. | No. CV 15-00059-JGB (DFM)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: October 30, 2015

                                         JESUS G. BERNAL
                                  United States District Judge